UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

GLENN CALVIN DAMOND

VERSUS

E.B.R. SHERIFF'S OFFICE, ET AL.

CIVIL ACTION

NO. 12-665-JJB-SCR

### RULING

The court has carefully considered the petition, the record, the law applicable to this action, and the Report and Recommendation of United States Magistrate Judge Stephen C. Riedlinger dated October 31, 2012 (doc. no. 6). Instead of an objection, the plaintiff responded with a Motion to Voluntarily Dismiss a Complaint (doc. no. 7).

The court hereby approves the report and recommendation of the magistrate judge and adopts it as the court's opinion herein. Accordingly, the plaintiff's complaint is DISMISSED pursuant to § 1915(e)(2)(B)(I) as frivolous, and without leave to amend because there is no conceivable non-frivolous federal claim he could assert consistent with the facts alleged in his complaint.

Baton Rouge, Louisiana, this 27th day of November, 2012.

JAMES J. BRADY, JUDGE
MIDDLE DISTRICT OF LOUISIANA